UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jean-Carlo Chavez,  Civ. No. 20-1885 (PAM/TNL)

      Plaintiff,

v.  **ORDER**

Renewal by Andersen LLC,

      Defendant.

This matter is before the Court on the parties' Stipulation of Dismissal with prejudice. (Docket No. 41.)

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice** and with each party to bear its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  Tuesday, July 27, 2021

                                      *s/ Paul A. Magnuson*
                                      Paul A. Magnuson
                                      United States District Court Judge