# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Jean-Carlo Chavez, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 20-cv-1885 (PAM/TNL) |
| Renewal by Andersen LLC, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This matter is **DISMISSED with prejudice** and with each party to bear its own costs and fees.

Date: 7/27/2021                                                                    KATE M. FOGARTY, CLERK